IN THE UNITED STATES DISTRICT COURT  
FOR THE EASTERN DISTRICT OF TENNESSEE  
AT KNOXVILLE

FILED

2005 FEB -3 P 4: 17

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:05-CR- 13 |
| ) | JUDGE Phillips |
| SAMUEL R. FRANKLIN ) | |

## INFORMATION

The United States Attorney charges that on or about July 8, 2004, in Duff, Tennessee, in the Eastern District of Tennessee, the defendant, SAMUEL FRANKLIN, then a detective with the Campbell County Sheriff's Department, while acting under color of law, did willfully combine, conspire and agree with other persons known to the United States to injure, oppress, threaten and intimidate Lester Eugene Siler in the free exercise and enjoyment of rights secured to him by the Constitution and laws of the United States; that is, the right to be free from unreasonable search and seizure, which includes the right to be free from unreasonable search and the right to be free from the use of unreasonable force by one acting under color of law.

### Object of the Conspiracy

It was the plan and purpose of the conspiracy to threaten, intimidate, strike, beat and otherwise unlawfully assault Lester Eugene Siler in order to obtain his consent to a search of his residence.

### Acts Committed in Furtherance of the Conspiracy

In furtherance of the conspiracy, the defendant, SAMUEL FRANKLIN, along with conspirators known to the United States, committed the following overt acts, among others:

a. On or about July 8, 2004, Defendant SAMUEL FRANKLIN and four conspirators known to the United States went to Lester Eugene Siler's home, located at 5662 White Oak Road in Duff, Tennessee, to serve an arrest warrant on him for a probation violation.

b. Other conspirators known to the United States handcuffed Lester Eugene Siler outside his home and brought him inside, where they made him sit down in a chair.

c. Defendant SAMUEL FRANKLIN ordered Lester Eugene Siler's wife and son to leave the house.

d. Defendant SAMUEL FRANKLIN and other conspirators known to the United States repeatedly demanded that Lester Eugene Siler sign a form giving them consent to search his house.

e. Defendant SAMUEL FRANKLIN threatened to beat Lester Eugene Siler with a slapjack and to break his fingers if he did not cooperate with the law enforcement officers.

f. Defendant SAMUEL FRANKLIN permitted other conspirators known to the United States to terrorize Lester Eugene Siler by threatening him and physically assaulting him while he was handcuffed, causing him bodily injury.

g. Defendant SAMUEL FRANKLIN failed to intervene when another conspirator known to the United States brandished a firearm and threatened to shoot Lester Eugene Siler.

h. Defendant SAMUEL FRANKLIN failed to intervene when another conspirator known to the United States repeatedly beat Lester Eugene Siler with a plastic baseball bat or similar object, while he was handcuffed, causing him bodily injury.

i. On or about July 19, 2004, defendant SAMUEL FRANKLIN lied to the Tennessee Bureau of Investigation by denying the use of threats or unreasonable force against Lester Eugene Siler in order to cover up what had happened.

All in violation of Title 18, United States Code, Section 241.

HARRY S. MATTICE, JR.
UNITED STATES ATTORNEY

By: *[signature]*
CHARLES E. ATCHLEY, JR.
Assistant U.S. Attorney


R. ALEXANDER ACOSTA
Assistant Attorney General
Civil Rights Division
Department of Justice

By: *[signature]* FOR
ALLISON JERNOW
Trial Attorney
Criminal Section

3