# CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

**Place of Offense:**

**City:** _____

**County/Parish:** Campbell

**Defendant Information:**

**Juvenile** _____ Yes _X_ No     **Matter to be Sealed:** ___ Yes _X_ No

**Defendant Name:** Samuel R. Franklin

**U.S.C. Citations:** 18 : 241

**Total # of Counts:** 1     ___ Petty     ___ Misdemeanor _X_ Felony

|  | Index Key/Code (To be Completed by Court Clerk) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 |  | conspiracy against rights | 1 |
| Set 2 |  |  |  |
| Set 3 |  |  |  |

Criminal Complaint Filed _____ Yes _X_ _____ No

Date: February 3, 2005     Signature of AUSA: *[signature] Charles E. Atchley J*