IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-13 |
| | ) | JUDGE VARLAN |
| | ) | |
| SAMUEL R. FRANKLIN | ) | |

## MOTION

Comes now the United States of America by its counsel Charles E. Atchley, Jr., Assistant United States Attorney for the Eastern District of Tennessee, and moves the Court to decrease the defendant's offense level one level pursuant to U.S.S.G. § 3E1.1(b), in that the defendant has assisted the authorities in the prosecution of his own misconduct by timely notifying authorities of his intention to enter a guilty plea thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

Respectfully submitted, this the 17th day of June, 2005.

                                            HARRY S. MATTICE, JR.
                                            United States Attorney

By:    s/Charles E. Atchley, Jr.
         Charles E. Atchley, Jr.
         Assistant U.S. Attorney
         800 Market Street, Suite 211
         Knoxville, TN 37902
         (865) 545-4167
         BPR# 016414

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2005, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail or facsimile. Parties may access this filing through the Court's electronic filing system.

Andrew S. Roskind, Esq.
Franklin Square
9724 Kingston Pike, Suite 208
Knoxville, TN 37922

Myra Melton
United States Probation Office
800 Market Street, Room 311
Knoxville, TN 37902

s/Charles E Atchley, Jr.
Assistant United States Attorney