```
IN THE UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF TENNESSEE
           AT KNOXVILLE


UNITED STATES OF AMERICA          )
                                  )
     Plaintiff,                   )
                                  )
                                  )
v.                                )    No.  3:05-CR-11
                                  )         3:05-CR-12
                                  )         3:05-CR-13
                                  )         3:05-CR-14
                                  )         Varlan
                                  )
                                  )
SHAYNE GREEN, WILLIAM CARROLL,    )
SAMUEL R. FRANKLIN, and           )
GERALD DAVID WEBBER,              )
                                  )
     Defendants.                  )
```

**Plaintiffs' Supplemental Motion to Proceed *In Forma Paupis***

Plaintiffs supplement with additional financial information on their Notice of Appeal to Proceed *In Forma Paupis*. The undersigned counsel is attaching the form that was used in the United States Court of Appeals for the Sixth Circuit. Counsel is awaiting the return of Plaintiff Lester Siler's form that was sent to Plaintiff at the prison and has not yet been returned back. It is Counsel's understanding that Mr. Siler cannot read or write and will need the assistance of prison personnel. Once that is received Counsel will file that immediately with the Court.

s/*Herbert S. Moncier*
                                    HERBERT S. MONCIER
                                    Attorney for Plaintiffs

Herbert S. Moncier
Attorney at Law
Suite 775 Bank of America Center
550 Main Avenue
Knoxville, Tennessee  37902
(865)546-7746
BPR # 1910


                        **CERTIFICATE OF SERVICE**

        I hereby certify that on March 10, 2008 a copy of the foregoing notice was filed electronically. Notice of this filling will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Clerk's electronic filling system.


                                    /s/ *Herbert S. Moncier*
                                    Attorney for Plaintiffs