3:05CR13

Case Nos. 08-5280/08-5364/08-5366/08-5367

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

SHAYNE GREEN,

    Defendant

JENNY SILER,

    Movant - Appellant

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the cases for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The Appellant's Brief was not filed by May 27, 2008.

It is therefore **ORDERED** that these cases be, and they hereby are, dismissed for want of prosecution.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

Issued: July 01, 2008

A TRUE COPY
Attest:
LEONARD GREEN, Clerk

By _____ Deputy Clerk

05-00011, 05-00012, 05-00013, 05-00014

TV/
Varlan

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988



Filed: July 01, 2008

Charles E. Atchley, Jr.
U.S. Attorney's Office
800 Market Street
Suite 211
Knoxville, TN 37902

Mr. Herbert Sanford Moncier
Law Offices of Herbert S. Moncier
550 Main Avenue
Suite 775 Bank of America Building
Knoxville, TN 37902-0000

Re: Case No. 08-5280/08-5364/08-5366/08-5367, *USA v. Shayne Green, et al.*
Originating Case Nos. : 05-00011-001, 05-00012-001,
05-00013-001, 05-00014-001

Dear Counsel,

The Court issued the enclosed order today in these cases.

Sincerely yours,

s/Mary C. Patterson
Case Manager
Direct Dial No. 513-564-7033
Fax No. 513-564-7094

cc: Honorable Thomas A. Varlan
Ms. Patricia L. McNutt

Enclosure