UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 08-5215/5280/5364/5366/5367

*In re* LESTER EUGENE SILER; JENNY SILER,
    Petitioners.

---

UNITED STATES OF AMERICA,
    Plaintiff - Appellee,

v.

SHAYNE GREEN; WILLIAM CARROLL; SAMUEL R. FRANKLIN;
GERALD DAVID WEBBER,
    Defendants,
JENNY SILER,
    Movant - Appellant.

**FILED**
Jul 13, 2009
LEONARD GREEN, Clerk

Before:  DAUGHTREY, ROGERS, and KETHLEDGE, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Tennessee at Knoxville.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the petition for writ of mandamus by Lester and Jenny Siler is DENIED.  IT IS FURTHER ORDERED that the district court's orders are AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Leonard Green
Clerk