PROB 35 [EDTN57]
3/2000


FILED

FEB - 9 2010

Clerk, U. S. Dis...
Eastern District of ...
At Kn...

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

### Request for Termination of Supervision Prior to Original Expiration
(Order Attached)

**Name of Offender:** Samuel R. Franklin     **Docket Number:** 3:05-CR-13-001

**Name of Sentencing Judicial Officer:** The Honorable Thomas A. Varlan
United States District Judge

**Date of Original Sentence:** July 13, 2005

**Original Offense:** Conspiracy to Violate Civil Rights Under Color of Law, in violation of Title 18 U.S.C. § 241

**Original Sentence:** 54 months imprisonment, followed by two (2) years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** January 23, 2009

**Date Supervision Expires:** January 22, 2011

---

### PETITIONING THE COURT

To terminate the term of supervision effective immediately.

### CAUSE

Mr. Franklin has been under the supervision of the United States Probation Office in Knoxville, Tennessee, since the commencement of his supervised release. He has complied with all conditions of his supervised release and satisfied his special conditions which included paying the financial penalty imposed. Samuel Franklin has remained employed at Campbell County Highway Department in LaFollette, Tennessee, and recently gained a promotional status from laborer to safety manager. He has maintained steady residence. He resides with his wife and children at 140 Riverside Drive, Jacksboro, Tennessee.

Mr. Franklin is not viewed as a danger to the community, and has satisfied the local and statutory criteria for early termination. Assistant United States Attorney Charles E. Atchley Jr. was advised of this request, and he has no position as to the early termination of this offender's term of supervised release.

Respectfully submitted,      Approved by:

Rhonda Monger Lay              John E. Lynn    02/03/10
United States Probation Officer    John E. Lynn, Supervising    Date
                              United States Probation Officer

# UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) DOCKET NUMBER 3:05-CR-13-001 |
| | ) |
| SAMUEL R. FRANKLIN | ) |

## ORDER OF COURT

On July 13, 2005, the above named offender was sentenced to a term of Supervised Release for a period of two (2) years which commenced on January 23, 2009. The offender has complied with the rules and regulations of supervision and has achieved all supervision objectives. Accordingly, it is hereby ordered that the defendant be discharged from supervision.

Dated this 8th day of February, 2010.

_____
Honorable Thomas A. Varlan
United States District Judge